**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Rushmore Loan Management Services, LLC v. Harris County, Lynda Dewitt Kalantzakis, and Diva Investments, LLC

Appellate case number:    01-19-00758-CV

Trial court case number:    2016-50307

Trial court:    234th District Court of Harris County

Appellee, Lynda Dewitt Kalantzakis, has filed a second motion to extend time to file her appellee's brief. Appellant, Rushmore Loan Management Services, LLC, filed its appellant's brief on January 9, 2019, thereby establishing a deadline of February 10, 2020 for the filing of a brief by any appellee. *See* TEX. R. APP. P. 38.6(b). On appellee's motion, we extended the time to file her brief to April 8, 2020. *See* TEX. R. APP. P. 38.6(d). Appellee has filed a second motion, requesting a ninety-day extension of time to file her brief. The motion is **granted**, in part.

Appellee's brief of Lynda Dewitt Kalantzakis is due to be filed no later than **June 6, 2020**. Absent extraordinary circumstances, no further extensions will be granted.

It is so ORDERED.

Judge's signature: ____/s/ Evelyn V. Keyes_____

☑ Acting individually    ☐ Acting for the Court

Date: ____April 7, 2020_____